**Pedro Berver MERAZ; Maria Jesus Bravo De Berver, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–71980.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Jennifer A. Parker, Anthony W. Norwood, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

## MEMORANDUM [**]

Pedro Berver Meraz and his wife, Maria Jesus Bravo de Berver, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") summary affirmance of the immigration judge's ("IJ") denial of their application for asylum, withholding of removal and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence. *See Rostomian v. INS,* 210 F.3d 1088, 1089 (9th Cir.2000). We deny the petition.

Substantial evidence supports the IJ's determination. Even assuming Berver Meraz's membership in a social group, he fails to demonstrate that he has a well-founded fear of persecution based on the existence of general violence and kidnaping in Mexico. *See id.* (concluding that an asylum claim based on general civil strife or widespread random violence is not sufficient to demonstrate a well-founded fear of persecution).

Because Berver Meraz failed to raise the issues of withholding of removal and CAT relief in the opening brief, the claims are deemed waived. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED.**